# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 00-291-1 |
| KENNETH STERNBERG | |

## ORDER

AND NOW, this 13th day of July 2022, upon consideration of Defendant Kenneth Sternberg's Motion for Early Termination of Supervised Release (ECF 292), the Government's response (ECF 295), and the factors identified in 18 U.S.C. § 3553(a), it is **ORDERED** that the motion is **DENIED** consistent with the accompanying memorandum of law.

BY THE COURT:

/s/ Gerald J. Pappert
GERALD J. PAPPERT, J.